Kevin Kerr, OSB #080934
kevinkerr@schneiderlaw.com
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD LEE HOFMANN,<br>    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:19-cv-00622-SI<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $14,766.25 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428), [1] PO Box 14490, Portland, OR 97293.

Dated this __17th__ day of ___May_____, 2021.

_/s/ Michael H. Simon_
Michael H. Simon
United States District Court Judge

---

[1] Formerly known as Schneider Kerr & Robichaux.